**FILED**

DEC 1 5 2009

~~NANCY MAYER WHITTINGTON~~, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SECURITIES AND EXCHANGE
COMMISSION,

                                    Plaintiff,

          v.

INVESTOOLS INC., MICHAEL J. DREW,
AND EBEN D. MILLER,

                                    Defendants.

Civil Action No.

**09 2343**

FINAL JUDGMENT AS TO DEFENDANT EBEN D. MILLER

The Securities and Exchange Commission having filed a complaint and

Defendant Eben D. Miller ("Defendant") having entered a general appearance; consented

to the Court's jurisdiction over Defendant and the subject matter of this action; consented

to entry of this Final Judgment without admitting or denying the allegations of the

complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and

waived any right to appeal from this Final Judgment:

**I.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant

and Defendant's agents, servants, employees, attorneys, and all persons in active concert

or participation with them who receive actual notice of this Final Judgment by personal

service or otherwise are permanently restrained and enjoined from violating, directly or

indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act")

[15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by

using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would  operate as a fraud or deceit upon any person.

## II.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are restrained and enjoined, for a period of five years, from receiving, directly or indirectly, any form of compensation for his participation in the development, presentation, promotion, marketing, or sale of any Securities Investing Seminar. "Securities Investing Seminar" means classes, workshops, or seminars (and products or services that are offered adjunct thereto) given to actual or prospective securities investors concerning securities trading and designed to influence their securities trading.

## III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant shall pay a civil penalty in the amount of $130,000 pursuant to Section 21(d)(3) of the

Exchange Act [15 U.S.C. § 78u(d)(3)].  Defendant shall make this payment within ten

(10) business days after entry of this Final Judgment by certified check, bank cashier's

check, or United States postal money order payable to the Securities and Exchange

Commission.  The payment shall be delivered or mailed to the Office of Financial

Management, Securities and Exchange Commission, Operations Center, 6432 General

Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a

letter identifying Eben D. Miller as a defendant in this action; setting forth the title and

civil action number of this action and the name of this Court; and specifying that payment

is made pursuant to this Final Judgment.  Defendant shall pay post-judgment interest on

any delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the

funds paid pursuant to this paragraph to the United States Treasury.

### IV.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the

Consent of Eben D. Miller is incorporated herein with the same force and effect as if

fully set forth herein, and that Defendant shall comply with all of the undertakings and

agreements set forth therein.

### V.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court

shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final

Judgment.

## VI.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: December 15, 2009

UNITED STATES DISTRICT JUDGE